UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
Case No. 5:11CV-133-R

[Electronically Filed]

SUSAN LEISENTRITT AND
CURTIS LEISENTRITT,                                              PLAINTIFFS,

V.                                          **COMPLAINT**

THE HOPKINSVILLE/CHRISTIAN COUNTY FAMILY
YOUNG MEN'S CHRISTIAN ASSOCIATION, INC., AND
ADELAIDA VEGA,                                                   DEFENDANTS.

Plaintiff, Susan Leisentritt and Curtis Leisentritt, by counsel, for their cause of action against Defendants The Hopkinsville/Christian County Family Young Men's Christian Association, Inc. and Adelaida Vega, state as follows:

**PARTIES**

1. Plaintiff Susan Leisentritt (Susan) resides at 134 Kinley Hollow Rd., Indian Mound, Tennessee 37079.

2. Plaintiff Curtis Leisentritt (Curt) resides at 134 Kinley Hollow Rd., Indian Mound, Tennessee 37079. Curt is at all relevant times the husband of Susan.

3. Defendant The Hopkinsville/Christian County Family Young Men's Christian Association, Inc. (YMCA) is a non-profit Kentucky Corporation. The registered agent for service of process is Paul Watts, 7805 Eagle Way, Hopkinsville, Kentucky 42240.

4. Defendant Adelaida Vega (Vega) is a resident of Hopkinsville, Christian County, Kentucky.

## JURISDICTION AND VENUE

5. This Court has personal and diversity subject matter jurisdiction over the matter in controversy and the parties to this action. The amount in controversy exceeds the minimum jurisdictional limits of this Court.

6. Venue for this action is properly in this Court.

## BACKGROUND FACTS

7. On August 10, 2009, Susan was traveling eastbound on Eagle Way Bypass in Christian County, Kentucky.

8. At such time, Vega negligently operated a motor vehicle owned by the YMCA causing it to strike Susan's vehicle. At such time, Vega was acting within the scope of her duties as an agent/employee of the YMCA.

## CLAIMS AGAINST VEGA

9. As a result of negligence, Vega is liable to Susan for damages.

## CLAIMS AGAINST YMCA

10. YMCA is vicariously liable for the negligence of Vega.

## DAMAGES

11. As a result of Vega's negligence, Susan has incurred and will continue to incur, damages, including physical impairment, medical expenses, impairment of earning capacity, lost wages, property damage, and physical and mental pain and suffering, cumulatively in an amount in excess of the jurisdictional limits of this court.

12. As a result of Vega's negligence, Curt has incurred, and will continue to incur, damages, including loss of consortium, loss of the society and companionship of

Susan, his wife, and loss of her services, cumulatively in excess of the jurisdictional limits of this court.

    WHEREFORE, Plaintiffs respectfully demand as follows:

A.     Judgment against all Defendants;

B.     Their costs herein expended, including a reasonable attorney's fee;

C.     A trial by jury on all issues so triable; and,

D.     Such other relief to which they may appear entitled.

    /s/ Jack N. Lackey Jr.
    Jack N. Lackey Jr.
    DEATHERAGE, MYERS & LACKEY, PLLC
    701 South Main Street
    P. O. Box 1065
    Hopkinsville, Kentucky 42241-1065
    jlackey@dmlfirm.com
    Telephone: 270-886-6800
    Facsimile: 270-885-7127

    Counsel for Plaintiff